IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Civil Action No. 6:21-cv-01954-PGB-DCI

**LIGHTS OUT PRODUCTIONS, LLC**, a Florida Limited Liability Company, and **BYB EXTREME FIGHTING SERIES, LLC**, a Florida Limited Liability Company,

 Plaintiffs,

v.

**TRILLER, INC.**, a Delaware Corporation, **TRILLER FIGHT CLUB, LLC**, a Delaware Limited Liability Company, **FLIPPS MEDIA, INC.**, a Delaware Corporation doing business as **FITE TV**, and **RYAN KAVANAUGH**, an Individual,

 Defendants.

## NOTICE OF PENDENCY OF OTHER ACTIONS

Pursuant to Local Rule 1.07 and this Court's Order of November 19, 2021 (DE-3), Plaintiffs, by and through their undersigned counsel, hereby certify that the instant action:

 **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

The undersigned further certify that they will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

**FRIEDLAND VINING, P.A.** • Miami, Florida • COURT@FRIEDLANDVINING.COM

| | |
|---|---|
| **DATED**:   December 3, 2021 | Respectfully submitted, |

**FRIEDLAND VINING, P.A.**

/s/David K. Friedland
David K. Friedland
Florida Bar No. 833479
Email: dkf@friedlandvining.com
Jaime Rich Vining
Florida Bar No. 030932
Email: jrv@friedlandvining.com
6619 S. Dixie Highway, #157
Miami, FL 33143
(305) 777-1725 – telephone

and

**CHASELAWYERS**

Gregory E. Bloom, Esq.
Florida Bar No. 076846
Email: greg@chaselawyers.com
21 SE 1st Avenue
Suite 700
Miami, FL 33131
305.373.7665 – telephone

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that on the above referenced date, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served as follows:

| | |
|---|---|
| **Triller, Inc.**<br>Panacorp Incorporated, Registered Agent<br>2140 S. DuPont Hwy<br>Camden, DE 19934 | **Triller Fight Club, LLC**<br>Panacorp Incorporated, Registered Agent<br>2140 S. DuPont Hwy<br>Camden, DE 19934 |
| **Flipps Media, Inc. dba FITE TV**<br>626 RXR Plaza, Suite 6737<br>PMB 1793<br>Uniondale, NY 11556 | **Ryan Kavanaugh**<br>2121 Avenue of the Stars<br>Suite 2320<br>Los Angeles, CA 90067 |

*Service via U.S. First Class Mail*

                                            s/David K. Friedland
                                                David K. Friedland

**FRIEDLAND VINING, P.A.** • Miami, Florida • COURT@FRIEDLANDVINING.COM